Julie J. Villalobos (State Bar # 263382)
Oaktree Law
10900 183rd Street, Suite 270
Cerritos, CA 90703
Telephone:    (562)741-3938
Facsimile:    (888)408-2210
Julie@oaktreelaw.com

Attorney for Debtor(s),
David Ramos

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>David Ramos,<br><br>　　　　Debtor. | CASE NO.: **8:18-bk-11234-ES**<br><br>Chapter 13<br><br>**OPPOSITION OF DEBTORS TO MOTION FOR RELIEF FROM STAY FILED BY BOSCO CREDIT LLC; DECLARATION OF JULIE J. VILLALOBOS IN SUPPORT THEREOF**<br><br>Date: January 10, 2019<br>Time: 10:00 a.m.<br>Place: Courtroom 5A<br>411 W Fourth St., Santa Ana CA 92701 |

TO THE HONORABLE ERITH SMITH, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE AND TO ALL INTERESTED PARTIES:

Counsel for David Ramos, ("Debtor"), Oaktree Law, hereby submits the following Opposition to Motion for Relief from the Automatic Stay (the "Motion") of Bosco Credit LLC ("Movant").

1

OPPOSITION OF DEBTOR TO MOTION FOR RELIEF FROM AUTOMATIC STAY

I.  INTRODUCTION

On April 6, 2018 Debtor filed the instant Chapter 13 case. The Debtor owns the real property located at 2549 E Whidby Ln., Anaheim CA 92806 ("Subject Property"), and it is Debtor's primary residence. See Declaration of Julie J. Villalobos, ("Villalobos Declaration"), paragraph 3.

II.  ARGUMENT

Movant holds the second loan on the Subject Property and claims that relief from the automatic stay should be granted under 11 U.S.C. §362(d)(1) stating that Debtor has not been making payments to the lender post-filing. The Debtor is opposing as there is an adequate equity cushion in the Subject Property, and it is necessary to an effective reorganization.

At the time of filing Debtors listed an estimated home value of $693,275.00, with secured debt estimated at $621,570.64 between the first mortgage with Ocwen for $421,618.00 and the Movant's loan with a scheduled amount of $199,952.64. That original schedule had sufficient equity of $71,704.36. See Villalobos Declaration, paragraph 4. However, since filing, Debtor has listed the Subject Property for sale, and the comparable properties in the area have brought the estimated value in at $750,000.00. See Villalobos Declaration, paragraph 5. The claims deadline has passed, and the secured claims filed against the Subject Property total $627,875.75. With the proposed sale price of $750,000.00, even taking costs of sale into account at 8%, and the filed secured claims, there is still an estimated equity cushion of $62,124.25. See Villalobos Declaration, paragraph 6.

Further, the Subject Property is necessary to an effective reorganization, as seen in Debtor's confirmed Plan as the sale of the Subject Property is the basis of funding the estate with a lump sum payment in month 12. See Villalobos Declaration, paragraph 7.

### III. CONCLUSION

Based upon the foregoing, relief from the automatic stay should be denied, and the Debtor allowed an opportunity to continue to market the home to sell the Subject Property to pay off all creditors, in full, including Movant.

OAKTREE LAW

Dated: 12/27/18            By: _____
                                Julie J. Villalobos, Counsel for Debtor

OPPOSITION OF DEBTOR TO MOTION FOR RELIEF FROM AUTOMATIC STAY

## DECLARATION OF JULIE J. VILLALOBOS

I, Julie J. Villalobos, declare as follows:

1. I am the attorney for the Debtor in the above-referenced case and if called to testify I would, and could, do so competently.

2. I am licensed to practice law in the State of California.

3. On April 6, 2018 Debtor filed the instant Chapter 13 case. The Debtor owns the real property located at 2549 E Whidby Ln., Anaheim CA 92806 ("Subject Property"), and it is Debtor's primary residence.

4. At the time of filing Debtors listed an estimated home value of $693,275.00, with secured debt estimated at $621,570.64 between the first mortgage with Ocwen for $421,618.00 and the Movant's loan with a scheduled amount of $199,952.64. That original schedule had sufficient equity of $71,704.36. Attached hereto as Exhibit 1 are true and correct copies of Debtor's filed Schedules A/B and D.

5. However, since filing, Debtor has listed the Subject Property for sale, and the comparable properties in the area have brought the estimated value in at $750,000.00. Attached hereto as Exhibit 2 are true and correct copies of Debtor's listing documents.

6. The claims deadline has passed, and the secured claims filed against the Subject Property total $627,875.75. With the proposed sale price of $750,000.00, even taking costs of sale into account at 8%, and the filed secured claims, there is still an estimated equity cushion of $62,124.25.

7. Further, the Subject Property is necessary to an effective reorganization, as seen in Debtor's confirmed Plan as the sale of the Subject Property is the basis of funding the estate with a lump sum payment in month 12. Attached hereto as Exhibit 3 is a true and correct copy of Debtor's confirmed plan.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed in ___Cerritos_____, California on ____December 27, 2018.

_____
Julie J. Villalobos

4

OPPOSITION OF DEBTOR TO MOTION FOR RELIEF FROM AUTOMATIC STAY

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10900 183rd Street Suite 270, Cerritos CA 90703

A true and correct copy of the foregoing document described as **"OPPOSITION OF DEBTORS TO MOTION FOR RELIEF FROM STAY FILED BY BOSCO CREDIT,LLC; DECLARATION OF JULIE J. VILLALOBOS IN SUPPORT THEREOF"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **12/27/18**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 12/27/2018 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

X Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

A   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/27/2018 | Julie J Villalobos | /s/Julie J Villalobos |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9013-3.1.PROOF.SERVICE

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –

Amrane (SA) Cohen (TR)    efile@ch13ac.com

Sean C Ferry    sferry@ecf.courtdrive.com, bkyecf@rasflaw.com

United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

Julie J Villalobos    julie@oaktreelaw.com, oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com

Kristin A Zilberstein    ecfnotifications@ghidottilaw.com

**2. SERVED BY UNITED STATES MAIL**:
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040
Santa Ana, CA 92701-4593

Debtor Name: David Ramos
Address: 2549 E Whidby Ln Anaheim, CA 92806

OPPOSITION OF DEBTOR TO MOTION FOR RELIEF FROM AUTOMATIC STAY